
## PER CURIAM.

The unlawful sale of whisky in a dry area is the offense; the punishment, a fine of $200 and thirty days' confinement in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

## PER CURIAM.

The offense is the unlawful possession of intoxicating liquor for the purpose of sale in a dry area; the punishment, a fine of $400.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

**Raymond Jabe WHIRLEY, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28036.**

Court of Criminal Appeals of Texas.

Feb. 8, 1956.

**Melvin Lewis MINICA, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28031.**

Court of Criminal Appeals of Texas.

Feb. 8, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.